[No. 6693–1.  Division One.  August 27, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. LAWRENCE LEE YOUMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84748, Jack P. Scholfield, J., entered June 22, 1978. *Affirmed* by unpublished opinion per Dore, J., concurred in by Farris and Williams, JJ.

[No. 6704–1.  Division One.  August 27, 1979.]

THE STATE OF WASHINGTON, *on the Relation of Robert E. Schillberg, Respondent,* v. CASCADE DISTRICT COURT, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 78–2–00410–3, John F. Wilson, J., entered June 13, 1978. *Affirmed* by unpublished opinion per Callow, C.J., concurred in by Farris and Ringold, JJ.

[No. 6757–1.  Division One.  August 27, 1979.]

PACIFIC MANAGEMENT CORP., *Respondent,* v. EVELYN CLAYTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 843817, Eugene G. Cushing, J., entered July 6, 1978. *Affirmed* by unpublished opinion per Dore, J., concurred in by Swanson, A.C.J., and Farris, J.

[No. 2616–3.  Division Three.  August 30, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. MELVIN WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 3669, Fred R. Staples, J., entered October 28, 1977. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Roe, J.